IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ADAM LESTER PRESTON, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. 4:22-CV-00990-CAN |
| v. | § § | |
| CAMILLE RENEE PRESTON, | § § | |
| Respondent. | § § | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is the Motion for Payment for Representation as Guardian Ad Litem of Child [Dkt. 61], filed by Movant Heather M. Fisher, duly appointed as *ad litem* by Order of this Court to represent the minor child, G.I.P. [*See* Dkt. 16].  Having reviewed the Motion and corresponding documentation of fees and expenses, the Court finds the expenses reasonable and necessary, the application of Movant as appointed *ad litem* is fair and reasonable, the request for payment in the amount of $6,720.90 is well taken, and the Motion should be granted.

Accordingly, it is therefore **ORDERED** that Movant Heather M. Fisher's Motion for Payment for Representation as Guardian Ad Litem of Child [Dkt. 61] is **GRANTED**.  The Court orders payment in the amount of six thousand seven hundred and twenty dollars and ninety cents ($6,720.90) to Movant Heather M. Fisher.  Payment should be made from the Non-Appropriated Fund.

Signed this 31st day of May, 2023.

**FOR THE COURT:**

RODNEY GILSTRAP
UNITED STATES CHIEF JUDGE
EASTERN DISTRICT OF TEXAS